# Court of Appeals
# of the State of Georgia

ATLANTA,  June 11, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1434. SIMMONS v. SMART FREIGHT, INC.

Appellant Meggin Simmons's appeal was docketed on March 21, 2025, and her brief of appellant was due, following several extensions, on June 2, 2025.  Simmons failed to file a brief or request another extension by the due date. Accordingly, this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  06/11/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*